

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Byron Perez-Gonzalez,

                            **Plaintiff,**

                V.

USA,

                            **Defendant.**

Civil Action No.   16-cv-00535-WQH

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the motion for time reduction by an inmate in federal custody under 28 U.S.C. § 2255 filed by the Defendant is denied.

Date:   3/8/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ N. Peltier

                            N. Peltier, Deputy